UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MICHAEL POWELL,

       Plaintiff,                          CIVIL ACTION NO. 19-cv-11194

      v.                                  DISTRICT JUDGE DAVID M. LAWSON

ARGOSY UNIVERSITY, DREAM       MAGISTRATE JUDGE MONA K. MAJZOUB
CENTER EDUCATION HOLDINGS,
DOTTORE COMPANIES LLC, and
U.S. DEPARTMENT OF EDUCATION,

       Defendants.
_____/

## REPORT AND RECOMMENDATION

**I.    RECOMMENDATION**

It is recommended that this action be **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

**II.    REPORT**

Plaintiff David Michael Powell, proceeding *pro se*, initiated this action on April 25, 2019, raising claims that arise from various alleged improprieties committed by Defendants concerning his college education. (ECF No. 1.) On May 9, 2019, the court granted Plaintiff's application to proceed without prepaying fees or costs, and, pursuant to Local Rule 4.1 of the United States District Court for the Eastern District of Michigan, the court ordered (1) Plaintiff to complete and present the requisite service documents to the Clerk's Office; and (2) the United States Marshals Service, upon receipt of the service documents completed by Plaintiff, to process this case for

service and serve Defendants with a summons and a copy of the Complaint. (ECF Nos. 5, 6.) The action was then referred to the undersigned for general case management. (ECF No. 7.)

The time for service of the summons and complaint is established under Federal Rule of Civil Procedure 4(m), which provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Pursuant to Rule 4(m), service should have been made on Defendants no later than July 24, 2019. Plaintiff, however, did not complete and present the requisite service documents to the Clerk's Office as ordered. The U.S. Marshals Service cannot serve Defendants without those documents, so Defendants have not been served. Therefore, on November 4, 2019, the Court issued an Order directing Plaintiff to respond in writing by November 25, 2019, and show cause (1) for his failure to comply with the court's May 9, 2019 Order to complete and present the service documents to the Clerk's Office; and (2) why this case should not be dismissed pursuant to Rule 4(m). (ECF No. 8.) The Court also warned Plaintiff that failure to respond and show good cause may result in the dismissal of this case. (ECF No. 8, PageID.51.) Plaintiff has not responded to the Court's November 4, 2019 Order and has not otherwise shown good cause for his failure to complete and present the service documents to the Clerk's Office or to extend the time for service. Accordingly, Plaintiff's Complaint should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

### III.     NOTICE TO PARTIES REGARDING OBJECTIONS

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Eastern District of Michigan Local Rule 72.1(d).  Failure to file specific objections constitutes a waiver of any further right of appeal.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Howard v. Sec'y of Health & Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *U.S. v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).  Filing of objections which raise some issues but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation.  *Willis v. Sec'y of Health & Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n Of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

Any objections must be labeled as "Objection #1," "Objection #2," etc.  Any objection must recite *precisely* the provision of this Report and Recommendation to which it pertains.  Not later than fourteen days after service of an objection, the opposing party must file a concise response proportionate to the objections in length and complexity.  The response must specifically address each issue raised in the objections, in the same order and labeled as "Response to Objection #1," "Response to Objection #2," etc.

Dated:  December 9, 2019              s/ Mona K. Majzoub
                                       MONA K. MAJZOUB
                                       UNITED STATES MAGISTRATE JUDGE

## **PROOF OF SERVICE**

I hereby certify that a copy of this Report and Recommendation was served upon Plaintiff David Michael Powell on this date.

Dated: December 9, 2019          s/ Leanne Hosking
                                 Case Manager